# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 19-1058 ABJ |
| | * |
| DEPARTMENT OF JUSTICE | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

The undersigned counsel hereby files his Notice of Appearance on behalf of the plaintiffs in this action.

Date: June 5, 2019

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

Attorney for Plaintiff