UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH HETTENA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-1058 (ABJ) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's Order dated May 23, 2019, the United States Department of Justice ("DOJ"), on behalf of the Federal Bureau of Investigations ("FBI"), submits the following proposed schedule for responding to plaintiff's Freedom of Information Act ("FOIA") request.

The FBI has completed its search for records responsive to plaintiff's FOIA request. Since the filing of defendant's Answer in this case on May 22, 2019, the parties have reached an agreement that plaintiff's request will be limited to approximately 525 pages that the FBI has located as potentially responsive to plaintiff's FOIA request. Due the subject matter of the request, these pages will be processed in one of the FBI's field offices and will involve different levels of review within the FBI. The FBI anticipates being able to complete its processing of these pages by September 30, 2019.

Defendant recommends that defendant file a further status report on October 1, 2019, updating the Court on the FBI's ability to complete its processing of the pages agreed upon.

Respectfully submitted,

JESSIE K. LIU,
D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division


/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561 phone
(202) 252-2599 fax
Marina.Braswell@usdoj.gov