UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH HETTENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1058 (ABJ) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's Order dated June 21, 2019, the United States Department of Justice ("DOJ"), on behalf of the Federal Bureau of Investigations ("FBI"), submits the following status report in this Freedom of Information Act ("FOIA") case.

As required by the Court's Order, today the FBI is making its final production to plaintiff of non-exempt information responsive to plaintiff's FOIA request. In total the FBI will have reviewed 524 pages, and released 375 in full or in part. FOIA Exemptions 3, 6, 7(C), 7(D) and 7(E) have been asserted to withhold certain information.

Plaintiff will need time to review today's production and consider what plaintiff wants to do next in the litigation. The parties should then confer on a proposed schedule for further proceedings in the case.

Accordingly, the FBI suggests that the parties be ordered to file a joint status report on or before November 14, 2019. Defendant has shared this status report with plaintiff and plaintiff concurs with this proposal.

Respectfully submitted,

JESSIE K. LIU,
D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division


/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561 phone
(202) 252-2599 fax
Marina.Braswell@usdoj.gov