UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH HETTENA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1058 (ABJ) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated October 1, 2019, the plaintiff, Seth Hettena ("Mr Hettena") submits the following status report in this Freedom of Information Act ("FOIA") case.

By letter dated September 30, 2019, the FBI made its final release to plaintiff. Due to an administrative error, the final production of responsive records was only confirmed as received by Mr. Hettena today, November 14, 2019. Therefore, Mr. Hettena requires a small amount of additional time to determine the extent of the substantive challenges he still wishes to pursue (if any).

The parties propose that they file a Joint Status Report on or before December 13, 2019, at which point they will outline a proposed schedule for further proceedings (if any).

Respectfully submitted,

/s/ *Bradley P. Moss*
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiff


JESSIE K. LIU,
D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division


/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561 phone
(202) 252-2599 fax
Marina.Braswell@usdoj.gov

Attorneys for Defendant