UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SETH HETTENA * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Civil Action No. 19-1058 (ABJ) |
| * | |
| DEPARTMENT OF JUSTICE * | |
| * | |
| Defendant. * | |

## ORDER

Upon consideration of the Joint Status Report and the entire record herein, it is this _____ day of _____ 2019, hereby

ORDERED, that the parties shall file a further Joint Status Report on or before December 13, 2019.

_____
UNITED STATES DISTRICT JUDGE