**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                              |     |                              |
|------------------------------|-----|------------------------------|
|                              | *   |                              |
| SETH HETTENA                 | *   |                              |
|                              | *   |                              |
|   Plaintiff,                 | *   |                              |
|                              | *   |                              |
|        v.                    | *   | Civil Action No. 19-1058 (ABJ) |
|                              | *   |                              |
| DEPARTMENT OF JUSTICE        | *   |                              |
|                              | *   |                              |
|   Defendant.                 | *   |                              |
|                              | *   |                              |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Upon consideration of the Joint Status Report and the entire record herein, it is this

_____ day of _____ 2019, hereby

ORDERED, that the parties shall file a further Joint Status Report on or before

January 17, 2020.


_____

UNITED STATES DISTRICT JUDGE