**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SETH HETTENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1058 (ABJ) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated December 16, 2019, the plaintiff, Seth Hettena ("Mr. Hettena"), and the defendant, Department of Justice, submit the following status report in this Freedom of Information Act ("FOIA") case.

Production has been completed in this case, and the parties have concluded their negotiations regarding the scope of substantive challenges being brought by Mr. Hettena. The parties are in agreement that it is necessary to proceed to dispositive motions. Accordingly, the parties propose the following briefing schedule:

1) The defendant's motion for summary judgment will be due by March 20, 2020;

2) The plaintiff's opposition brief, as well as any cross-motion for summary judgment (if necessary), will be due by April 20, 2020;

3) The defendant's reply brief, as well as any opposition brief to a cross-motion for summary judgment (if necessary), will be due by May 20, 2020;

4) The plaintiff's reply brief (if necessary) will be due by June 15, 2020.

Respectfully submitted,

/s/ *Bradley P. Moss*
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiff


JESSIE K. LIU,
D.C. Bar # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division


/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561 phone
(202) 252-2599 fax
Marina.Braswell@usdoj.gov

Attorneys for Defendant


2