UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 19-1058 (ABJ) |
| DEPARTMENT OF JUSTICE | * |
| Defendant. | * |

## ORDER

Upon consideration of the Joint Status Report and the entire record herein, it is this _____ day of _____ 2020, hereby

ORDERED, that the defendant's motion for summary judgment is due by March 20, 2020; and

ORDERED, that the plaintiff's opposition brief, as well as any cross-motion for summary judgment (if necessary), is due by April 20, 2020; and

ORDERED, that the defendant's reply brief, as well as any opposition to a cross-motion for summary judgment (if necessary), is due by May 20, 2020; and further

ORDERED, that the plaintiff's reply brief (if necessary) is due by June 15, 2020.

_____
UNITED STATES DISTRICT JUDGE