UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SETH HETTENA,                          )
                                       )
                                       )
                 Plaintiff,            )
                                       )
          v.                           )        Civil Action No. 19-1058 (ABJ)
                                       )
U.S. DEPARTMENT OF JUSTICE,            )
                                       )
                 Defendant.            )
_____       )

**<u>CONSENT MOTION FOR EXTENSION OF TIME</u>**

Defendant the United States Department of Justice ("DOJ"), on behalf of the Federal

Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully requests an

extension up to and including April 20, 2020, to file Defendant's Motion for Summary Judgment.

Defendant's motion is currently due March 20, 2020. Undersigned counsel has conferred with

Plaintiff, who indicates that he consents to this motion.  In support of this motion, Defendant states

as follows:

1.      The parties in this Freedom of Information Act ("FOIA") litigation agreed to the

following briefing schedule for summary judgment:

   a.      Defendant's motion for summary judgment would be due March 20, 2020.

   b.      Plaintiff's opposition and cross motion for summary judgment would be due April
           20, 2020.

   c.      Defendant's reply in further support of its motion for summary judgment and
           opposition to any cross-motion for summary judgment would be due May 20, 2020.

   d.      Plaintiff's reply in support of his cross-motion for summary judgment (if any),
           would be due June 15, 2020.

2.      On January 31, 2020, Health and Human Services Secretary Alex M. Azar II

declared a public health emergency for the United States to aid the nation's healthcare community

in responding to COVID-19. On March 11, 2020, the World Health Organization declared COVID-19 to be a pandemic.[1] On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19.[2] Further, on March 16, 2020, the President announced new guidelines to slow the spread of the virus, to include avoiding groups of more than 10 people and closing schools in many communities.[3] This guidance follows recommendations by the Centers for Disease Control ("CDC") to engage in social distancing.[4]

3.      The United States Office of Personnel Management ("OPM") has been issuing guidance to address how the Federal Government can implement measures to protect its workforce and the American public. Specifically, on March 7, 2020, OPM recommended the "incorporation of telework and 'social distancing' in COOP [Continuity of Operations] and emergency planning [to] allow the Federal Government to continue functioning efficiently and effectively, while ensuring the health and safety of employees."[5] Further, on March 15, 2020, both the Acting

---

[1] Centers for Disease Control and Prevention. "Coronavirus Disease 2019 (COVID-19): Situation Summary." www.cdc.gov, accessed March 13, 2019.

[2] *See* https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last accessed Mar. 17, 2020).

[3] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed Mar. 17, 2020).

[4] *See, e.g.*, Centers for Disease Control "Interim Guidance for Businesses and Employers" https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html (last accessed Mar. 17, 2020).

[5] United States Office of Personnel Management Memorandum "Coronavirus Disease 2019 (COVID-19); Additional Guidance" (March 7, 2020), https://www.chcoc.gov/content/coronavirus-disease-2019-covid-19-additional-guidance (last accessed Mar. 17, 2020); *see also* United States Office of Personnel Management Memorandum "Updated Guidance on Telework Flexibilities in Response to Coronavirus" (March 12, 2020), https://www.chcoc.gov/sites/default/files/M-20-13.pdf (last accessed Mar. 17, 2020).

Director of the Office of Management and Budget ("OMB") and the Deputy Attorney General issued guidance to Federal agencies in the National Capital Region ("NCR") to implement maximum telework flexibilities.   OMB's guidance asked agencies "to offer maximum telework flexibilities to all current telework eligible employees, consistent with operational needs of the departments and agencies as determined by their heads."[6]  The Deputy Attorney General, in turn, implemented OMB's guidance through a memorandum to Department of Justice Components directing components to "move to a posture of maximum telework in the NCR effective Monday, March 16, until further notice."[7]

4.      The FBI is implementing these guidelines to protect its employees and their communities, and to ensure that it can continue to protect the American people during this national emergency.  *See* attached Declaration of David M. Hardy ("Hardy Decl.") ¶ 6. Specifically, FBI executive leadership issued guidance requiring that any employees who can telework must do so, regardless of whether they are in a mission-critical position.  *Id*. However, if telework is not available for a position that is not mission-critical, the employee in that position will be placed on administrative leave and not permitted to work.   *Id*. If telework is not available for a mission-critical position, managers are being advised to rotate employees who perform that function to limit the number of employees in the office at any given time.  *Id*.

---

[6] Memorandum from the Acting Director of The Office of Management and Budget to the Heads of Departments and Agencies "Updated Guidance for National Capital Region on Telework Flexibilities in Response to Coronavirus" (March 15, 2020), https://www.whitehouse.gov/wp-content/uploads/2020/03/M20-15-Telework-Guidance-OMB.pdf (last accessed Mar. 17, 2020).

[7] Memorandum from the Deputy Attorney General to Heads of Department [of Justice] Components, "Updated Guidance for the National Capital Region on Maximum Telework in Response to the Coronavirus" (March 15, 2020).

5.      Telework is not available for Records/Information Dissemination Section ("RIDS")
employees.  *See* Hardy Decl. ¶ 7.  The systems that they work on are located on FBI's SECRET-
level classified enclave.  *Id*.  Significantly, most FOIA searches are conducted using Sentinel and
documents are processed in the FOIA Document Processing System ("FDPS"), both of which
maintain classified and other sensitive information and are located on the SECRET enclave.[8]  *Id*.
Furthermore, many FOIA requests involve records that must undergo classification reviews before
they can be processed for FOIA exemptions.  *Id*.  That work necessarily must be done in the office.
*Id*.

6.      RIDS has designated its employees as not mission-critical and sent all employees
home as of March 17, 2020.  *See* Hardy Decl. ¶ 8.  Only a limited number of managers are being
permitted to report to the office, but no FOIA processing is occurring as of March 17, 2020.  *Id*.
While RIDS currently anticipates that its staff will return to work on March 30, 2020, this situation
remains fluid and will be regularly re-assessed as circumstances change.  *Id*.  As of March 17,
2020, no further production of records pursuant to FOIA will be made, whether those productions
are in relation to requests in litigation or at the administrative stage.  *Id*.  This includes responses
to FOIA consultation requests or referrals from other agencies to the FBI.  *Id*.  RIDS staff members
responsible for drafting *Vaughn* declarations and indexes in litigation matters have also been
designated as not mission-critical and sent home.  *Id*.

7.      Defendant conferred with counsel for Plaintiff who has indicated that he does not
oppose this extension. The parties also conferred regarding the need for an additional extension,

---

[8] Moreover, in order to downgrade and move information from the SECRET enclave to an
unclassified system requires running particular security protocols that can only be done on the
classified enclave.

should the public health emergency continue and RIDS remain closed.  Defendant understands that all deadlines, including Plaintiff's, will need to be rescheduled.

Dated: March 18, 2020                    Respectfully submitted,

                                         TIMOTHY J. SHEA, D.C. Bar No. 437437
                                         United States Attorney

                                         Daniel F. Van Horn, D.C. Bar No. 924092
                                         Chief, Civil Division

                                         By:    /s/ *Brenda González Horowitz*
                                         BRENDA GONZÁLEZ HOROWITZ
                                         D.C. Bar No. 1017243
                                         Assistant United States Attorney
                                         U.S. Attorney's Office, Civil Division
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-2512
                                         Brenda.Gonzalez.Horowitz@usdoj.gov

                                         *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
SETH HETTENA,                   )
                                )
            Plaintiff,          )
                                )
      v.                        )       Civil Action No. 19-1058 (ABJ)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
                                )
            Defendant.          )
_____)

## **PROPOSED ORDER**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendant may have to and including April 20, 2020, in which to its motion for summary judgment, or alternatively, seeking a further extension in light of the ongoing public health crisis.

**SO ORDERED**.

Date: _____          _____
                              Amy Berman Jackson
                              UNITED STATES DISTRICT JUDGE