UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH HETTENA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1058 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant the United States Department of Justice ("DOJ"), on behalf of the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully requests an extension up to and including May 20, 2020, to file Defendant's Motion for Summary Judgment. Defendant's motion is currently due April 20, 2020. Undersigned counsel has conferred with Plaintiff, who indicates that he consents to this motion. This is the second stay Defendant seeks to file its Motion for Summary Judgment. In support of this motion, Defendant states as follows:

1. The parties in this Freedom of Information Act ("FOIA") litigation initially agreed to the following briefing schedule for summary judgment:

    a. Defendant's motion for summary judgment would be due March 20, 2020.

    b. Plaintiff's opposition and cross motion for summary judgment would be due April 20, 2020.

    c. Defendant's reply in further support of its motion for summary judgment and opposition to any cross-motion for summary judgment would be due May 20, 2020.

    d. Plaintiff's reply in support of his cross-motion for summary judgment (if any), would be due June 15, 2020.

2. On January 31, 2020, Health and Human Services Secretary Alex M. Azar II declared a public health emergency for the United States to aid the nation's healthcare community

in responding to COVID-19. On March 11, 2020, the World Health Organization declared COVID-19 to be a pandemic.[1] On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19.[2] Further, on March 16, 2020, the President announced new guidelines to slow the spread of the virus, to include avoiding groups of more than 10 people and closing schools in many communities.[3] This guidance follows recommendations by the Centers for Disease Control ("CDC") to engage in social distancing.[4]

3.  The United States Office of Personnel Management ("OPM") has been issuing guidance to address how the Federal Government can implement measures to protect its workforce and the American public. Specifically, on March 7, 2020, OPM recommended the "incorporation of telework and 'social distancing' in COOP [Continuity of Operations] and emergency planning [to] allow the Federal Government to continue functioning efficiently and effectively, while ensuring the health and safety of employees."[5] Further, on March 15, 2020, both the Acting

---

[1] Centers for Disease Control and Prevention. "Coronavirus Disease 2019 (COVID-19): Situation Summary." www.cdc.gov, accessed March 13, 2019.

[2] *See* https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last accessed Mar. 17, 2020).

[3] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed Mar. 17, 2020).

[4] *See, e.g.*, Centers for Disease Control "Interim Guidance for Businesses and Employers" https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html (last accessed Mar. 17, 2020).

[5] United States Office of Personnel Management Memorandum "Coronavirus Disease 2019 (COVID-19); Additional Guidance" (March 7, 2020), https://www.chcoc.gov/content/coronavirus-disease-2019-covid-19-additional-guidance (last accessed Mar. 17, 2020); *see also* United States Office of Personnel Management Memorandum "Updated Guidance on Telework Flexibilities in Response to Coronavirus" (March 12, 2020), https://www.chcoc.gov/sites/default/files/M-20-13.pdf (last accessed Mar. 17, 2020).

Director of the Office of Management and Budget ("OMB") and the Deputy Attorney General issued guidance to Federal agencies in the National Capital Region ("NCR") to implement maximum telework flexibilities.  OMB's guidance asked agencies "to offer maximum telework flexibilities to all current telework eligible employees, consistent with operational needs of the departments and agencies as determined by their heads."[6]  The Deputy Attorney General, in turn, implemented OMB's guidance through a memorandum to Department of Justice Components directing components to "move to a posture of maximum telework in the NCR effective Monday, March 16, until further notice."[7]

4. The FBI is implementing these guidelines to protect its employees and their communities, and to ensure that it can continue to protect the American people during this national emergency.  *See* attached Declaration of Michael G. Seidel ("Seidel Decl.") ¶ 6.

5. Telework is not available for Records/Information Dissemination Section ("RIDS") employees.  *See* Seidel Decl. ¶ 7.  The systems that they work on are located on FBI's SECRET-level classified enclave.  *Id*.  Significantly, most FOIA searches are conducted using Sentinel and documents are processed in the FOIA Document Processing System ("FDPS"), both of which maintain classified and other sensitive information and are located on the SECRET enclave.[8]  *Id*.

---

[6] Memorandum from the Acting Director of The Office of Management and Budget to the Heads of Departments and Agencies "Updated Guidance for National Capital Region on Telework Flexibilities in Response to Coronavirus" (March 15, 2020), https://www.whitehouse.gov/wp-content/uploads/2020/03/M20-15-Telework-Guidance-OMB.pdf (last accessed Mar. 17, 2020).

[7] Memorandum from the Deputy Attorney General to Heads of Department [of Justice] Components, "Updated Guidance for the National Capital Region on Maximum Telework in Response to the Coronavirus" (March 15, 2020).

[8] Moreover, in order to downgrade and move information from the SECRET enclave to an unclassified system requires running particular security protocols that can only be done on the classified enclave.

Furthermore, many FOIA requests involve records that must undergo classification reviews before they can be processed for FOIA exemptions. *Id*. That work necessarily must be done in the office. *Id*.

6. RIDS has designated its employees as not mission-critical and sent all employees home as of March 17, 2020. *See* Seidel Decl. ¶ 8. Only a limited number of employees are being permitted to report to the office, but no FOIA processing is occurring as of March 17, 2020. *Id*. While RIDS initially anticipated that its staff would return to work on March 30, 2020, the situation has continued to develop. *Id*. As a result, and subject to continued reassessment, RIDS now anticipates that its staff will return on a limited basis no earlier than April 27, 2020. *Id*. Until April 27, 2020, no production of records pursuant to FOIA will be made, whether those productions are in relation to requests in litigation or at the administrative stage. *Id*. This includes responses to FOIA consultation requests or referrals from other agencies to the FBI. *Id*. RIDS staff members responsible for drafting *Vaughn* declarations and indexes in litigation matters have also been designated as not mission-critical and remain at home. *Id*.

7. On March 18, 2020, Defendant filed a consent motion for extension of time seeking to extend Defendant's deadline to file its motion for summary judgment up to and including April 20, 2020. Defendant noted in its motion that the parties had conferred about the possibility of additional requests to extend Defendant's time to file its summary judgment motion given the ongoing public health emergency.

8. In light of RIDS being closed through the end of April, Defendant needs additional time to prepare and file its motion for summary judgment and supporting materials. Accordingly, Defendant requests that its time to file be extended up to and including May 20, 2020.

9. Defendant conferred with counsel for Plaintiff who has indicated that he does not oppose this extension.

Dated: April 16, 2020            Respectfully submitted,

                                         TIMOTHY J. SHEA, D.C. Bar No. 437437
                                         United States Attorney

                                         Daniel F. Van Horn, D.C. Bar No. 924092
                                         Chief, Civil Division

By:    /s/ *Brenda González Horowitz*
                                         BRENDA GONZÁLEZ HOROWITZ
                                         D.C. Bar No. 1017243
                                         Assistant United States Attorney
                                         U.S. Attorney's Office, Civil Division
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 252-2512
                                         Brenda.Gonzalez.Horowitz@usdoj.gov

                                         *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
SETH HETTENA,                            )
                                                    )
        Plaintiff,            )
                                                    )
        v.                         )  Civil Action No. 19-1058 (ABJ)
                                                    )
U.S. DEPARTMENT OF JUSTICE,  )
                                                    )
        Defendant.           )
_____ )

## **PROPOSED ORDER**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendant may have to and including May 20, 2020, in which to its motion for summary judgment, or alternatively, seeking a further extension in light of the ongoing public health crisis.

**SO ORDERED**.

Date: _____           _____
                                                    Amy Berman Jackson
                                                    UNITED STATES DISTRICT JUDGE