UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-1058 (ABJ) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michael A. Tilghman II as counsel for Defendant in the above captioned case.

Dated: May 15, 2020
   Washington, DC

Respectfully submitted,

*/s/ Michael A. Tilghman II*
MICHAEL A. TILGHMAN II, D.C. Bar #988441
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7113
michael.tilghman@usdoj.gov

*Attorney for the United States of America*