UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
SETH HETTENA,                             )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          Civil Action No. 19-1058 (ABJ)
                                          )
U.S. DEPARTMENT OF JUSTICE,               )
                                          )
                    Defendant.            )
_____          )

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant the United States Department of Justice ("DOJ"), on behalf of the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully requests an extension up to and including June 19, 2020, to file Defendant's Motion for Summary Judgment. Defendant's motion is currently due May 20, 2020. Undersigned counsel has conferred with Plaintiff, who indicates that he consents to this motion.  This is the third extension Defendant seeks to file its Motion for Summary Judgment. In support of this motion, Defendant states as follows:

1.      As explained in the attached declaration of David M. Hardy ("Hardy Decl."), Section Chief of the Records/Information Dissemination Section ("RIDS"), on March 17, 2020, RIDS temporarily halted its FOIA program in response to the COVID-19 pandemic. Hardy Decl. ¶ 13.

2.      RIDS resumed operations on a limited basis on April 29, 2020.  *See* Hardy Decl. ¶ 17.  A significant number of RIDS  employees will be unavailable to report to work due to (1) being at higher risk for severe illness; (2) being ill; or (3) child care issues.  Hardy Decl. ¶¶ 18-19.   Consistent with social distancing rules, no more than one-third of RIDS employees will be permitted to work on any given day.  Each unit will be split into three teams, and each team

will report to work on a rotating basis.  Hardy Decl. ¶ 18.  Therefore, because each RIDS employee available to return to work will only be able to work one or two days per week, RIDS' FOIA capabilities will be significantly reduced. Hardy Decl. ¶ 21.

3.      On April 30, 2020, RIDS learned that an employee who reported to work was symptomatic for COVID-19.  In order to prevent the potential spread of infection, RIDS halted operations again at noon on April 30, 2020, so that there could be a deep cleaning of the workspace. Later that evening, it was determined that RIDS should remain closed for another deep cleaning on May 1, 2020, after it was discovered that another employee who reported to work had potentially been exposed to a positive COVID-19 case outside of the workplace.  Both employees subsequently self-quarantined.  These cleanings were necessary to ensure the health and safety of RIDS employees, and similar circumstances can be anticipated as the pandemic continues and as RIDS continues to bring employees back to work.

4.      In short, while RIDS is resuming operations, it is doing so with significantly diminished staffing levels necessary to ensure the health and safety of staff who are reporting to work.  Moreover, the future impacts of COVID-19 on staffing levels are unpredictable.

5.      Accordingly, the FBI will not be able to put together Defendant's materials in support of its Motion for Summary Judgment prior to the May 20, 2020 deadline.

6.      In addition, undersigned counsel recently joined the U.S. Attorney's Office for the District of Columbia, entered his appearance to take over the case for counsel who will be soon taking scheduled leave, and will need additional time to prepare Defendant's Motion for Summary Judgment.

7.      Defendant requests that its time to file its motion for summary judgment be extended thirty days up to and including June 19, 2020, and that the Court modify the briefing schedule as follows:

      a.      Plaintiff's cross motion (if any) and opposition due July 20, 2020;

      b.      Defendant's reply and opposition to Plaintiff's cross motion due August 19, 2020; and

      c.      Plaintiff's reply due September 18, 2020.

8.      Defendant conferred with counsel for Plaintiff, who has indicated that he does not oppose this extension.

Dated: May 15, 2020
      Washington, DC

                Respectfully submitted,

                TIMOTHY J. SHEA, D.C. Bar #437437
                United States Attorney

                DANIEL F. VAN HORN, D.C. Bar #924092
                Chief, Civil Division


                By:        /s/ *Michael A. Tilghman II*
                    MICHAEL A. TILGHMAN II
                    D.C. Bar #988441
                    BRENDA GONZÁLEZ HOROWITZ
                    D.C. Bar #1017243
                    Assistant United States Attorneys
                    555 Fourth Street, NW
                    Washington, DC 20530
                    (202)252-7113; (202) 252-2512
                    Michael.Tilghman@usdoj.gov
                    Brenda.Gonzalez.Horowitz@usdoj.gov

                *Attorneys for the United States of America*