UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 19-1058 (ABJ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

## **PROPOSED ORDER**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Defendant may have to and including June 19, 2020, in which to its motion for summary judgment, or alternatively, seeking a further extension in light of the ongoing public health crisis.

**SO ORDERED**.

Date: _____    _____
                         Amy Berman Jackson
                         UNITED STATES DISTRICT JUDGE