UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-1058 (ABJ)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6, Defendant the United States Department of Justice (the "Department"), on behalf of the Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, respectfully requests an extension up to and including July 3, 2020, to file Defendant's Motion for Summary Judgment. For the following reasons, good cause exists for this brief extension.

1.      On May 15, 2020, the Department filed its third motion for an extension of time from May 20, 2020 to June 19, 2020 to move for summary judgment, explaining that, in addition to undersigned counsel recently taking over this case, the COVID-19 pandemic significantly diminished FBI staffing levels necessary to ensure the health and safety of staff who are reporting to work and, accordingly, the Department would not be able to put together its materials in support of its Motion for Summary Judgment prior to the May 20, 2020 deadline. Consent Mot. for Extension of Time (ECF No. 15).

2.      Although the Department has since worked diligently to gather materials in support of summary judgment, the gathering and review process of some of those materials has taken longer than anticipated and is not expected to be completed prior to the June 19, 2020 deadline.

3. Accordingly, the Department requests that its time to file its motion for summary judgment be extended two weeks up to and including July 3, 2020, and that the Court modify the briefing schedule commensurately as follows:

    a. Plaintiff's cross motion (if any) and opposition due on or before August 3, 2020;

    b. Defendant's reply and opposition to Plaintiff's cross motion due on or before September 2, 2020; and

    c. Plaintiff's reply due on or before October 2, 2020.

4. Pursuant to Local Civil Rule 7(m), Defendant conferred with counsel for Plaintiff who has indicated that Plaintiff consents to the requested two-week extension.

Dated: June 16, 2020
    Washington, DC

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    By: /s/ *Michael A. Tilghman II*
    MICHAEL A. TILGHMAN II
    D.C. Bar #988441
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202)252-7113
    Michael.Tilghman@usdoj.gov

    *Attorneys for the United States of America*