UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-1058 (ABJ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Extension of Time, and for good cause shown and the entire record, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant may have up to and including July 3, 2020 to file its motion for summary judgment, and it is further

ORDERED that the briefing scheduling is modified as follows:

Plaintiff's cross motion (if any) and opposition is due on or before August 3, 2020;

Defendant's reply and opposition to Plaintiff's cross motion is due on or before September 2, 2020; and

Plaintiff's reply is due on or before October 2, 2020.

SO ORDERED.

| | |
|---|---|
| Dated | Amy Berman Jackson<br>UNITED STATES DISTRICT JUDGE |