UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SETH HETTENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 19-1058 (ABJ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Leave to Provide Declaration for *Ex Parte In Camera* Review, and the entire record, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall submit for *ex parte*, *in camera* review the second declaration of Michael G. Seidel in support of its motion for summary judgment.

SO ORDERED.

_____                                _____
Dated                                                                                   AMY BERMAN JACKSON
                                                                                                United States District Judge