UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SETH HETTENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1058 (ABJ) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, Plaintiff's

opposition, and the entire record, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that summary judgment is entered for Defendant.


SO ORDERED


Dated: _____          _____

AMY BERMAN JACKSON
United States District Judge