UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH HETTENA,              )<br>                                       )<br>              Plaintiff,       )<br>                                       )<br>        v.                           )<br>                                       )<br>U.S. DEPARTMENT OF JUSTICE, )<br>                                       )<br>              Defendant.     )<br>                                       ) | Civil Action No. 19-1058 (ABJ) |

## NOTICE OF *IN CAMERA* SUBMISSION

Defendant the Department of Justice hereby provides notice that, pursuant to the Court's July 6, 2020 Minute Order, Defendant submitted to the Court today for *in camera* review the second declaration of Michael G. Seidel, the Acting Chief of the Record/Information Section of the Information Division of the Federal Bureau of Investigation.

Dated: July 7, 2020
        Washington, DC

                                                            Respectfully submitted,

                                                            MICHAEL R. SHERWIN
                                                            Acting United States Attorney

                                                            DANIEL F. VAN HORN, D.C. Bar #924092
                                                            Chief, Civil Division

                                                            By:    /s/ *Michael A. Tilghman II*
                                                            MICHAEL A. TILGHMAN II
                                                            D.C. Bar #988441
                                                            Assistant United States Attorney
                                                            555 Fourth Street, N.W.
                                                            Washington, D.C. 20530
                                                            (202)252-7113
                                                            Michael.Tilghman@usdoj.gov

                                                            *Attorneys for the United States of America*