UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SETH HETTENA

    Plaintiff,

        v.   Civil Action No. 19-1058 (ABJ)

DEPARTMENT OF JUSTICE

    Defendant.

**EXHIBIT LIST**

Exhibit "1" – Redacted FBI notes

Exhibit "2" – Declaration of Bradley P. Moss

Exhibit "3" – FBI Memorandum, dated September 22, 1981