# EXHIBIT "1"

☐ advised that according to the New Jersey State Department of Gaming Enforcement (DGE), IVANKOV was observed gambling as much as $250,000.00 at the Taj Mahal casino, Atlantic City, New Jersey during April, 1993.

# Memorandum



| | | | |
|---|---|---|---|
| To : | SAC, Division 1 (105H-NY-225596)(P) | Date | 8/12/93 |
| From : | SA [redacted] (I-6) | | b6 b7C |
| Subject: | RUSH FUNDING<br>FCI-R<br>OO: New York | | |

The New York State Organized Crime Task Force, White Plains, New York (NYSOCTF) continues to work a two year, tri-state (NY, NJ, PA) commission project regarding Russian organized crime in the New York metropolitan area. Several of its targets are also under investigation by the NYO. Writer has maintained contact with commission investigators regarding those cases of mutual interest.

The following information regarding VYCHESLAV YAPONCHIK was provided to writer by the NYSOCTF on 8/11/93.

According to sources within the Russian police (MVD) in Moscow, VIATCHESLAV KIRILOVICH IVANKOV, aka YAPONCHIK (meaning "LITTLE JAP") is one of the leading Russian organized crime leaders, and is currently residing in the United States.

According to IVANKOV's visa application, IVANKOV entered the US in March, 1992. The application listed his occupation as "movie director", who was to enter the US for purposes of negotiating a film project. IVANKOV was invited to the US by [redacted] Twelve LA, INC., 286 5th Avenue, 2nd Fl., New York, NY, telephone (212) 971-3434.

The application stated IVANKOV was scheduled to visit the US from 3/6/92 to 3/18/92.

Writer previously forwarded photocopies of visa application to appropriate investigative case files.

281H NY 237731

3-New York
   (1-105H
   (1-272A
   (1-166
VHW/vhw

)(I-1)
)(I-6)
)(C-30)

105H-NY-225596

     The application also provided the following descriptive data re: IVANKOV:

     DOB:            2/2/40
     POB:            Moscow
     Nationality:    Russian
     Passport #:     21 No. 0476032
     Passport Term: 2/7/92 - 2/7/97
     Hair:           Light Brown
     Eyes:           Brown
     Height:         170cm (5'6")

     Investigation attempted to obtain hotel records from IVANKOV's visit to New York, however, Hilton hotel officials advised that hotel records are destroyed after one year in accordance with hotel record retention guidelines.

     Investigation has also revealed that the 286 5th Avenue address had been the business address for TRANS OCEAN EXPRESS, Limited and WTL International, INC. However, both businesses are now located on the 22nd floor at 425 Park Avenue, New York, NY.    b6
    b7C

     The following descriptive data re: [redacted] was obtained through check of New York DMV: DOB: [redacted] Height: [redacted] eye color: [redacted] residence: [redacted] NY.

     Also according to New York DMV, IVANKOV lists his DOB as 1/2/40 and residence as 1500 Hornell Loop, Apartment 2E, Brooklyn, NY. IVANKOV was issued a New York Class E drivers license after applying for a permit on 11/16/92 and received the appropriate testing and probationary license on 12/8/92. His permanent license was mailed to the Hornell Loop address on 2/24/93. IVANKOV lists his SSAN on the license application as 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.

     Investigation also revealed US INS information re: IVANKOV via US Dept of Justice Office of Inspector General.

     IVANKOV's INS application for employment includes the name [redacted] as well as [redacted] signature and the 286 5th Avenue address. During this time, the address for IVANKOV was listed as 1500 Hornell Loop, Apartment 2E, Brooklyn, NY. The application states that IVANKOV entered the US on 3/8/92, rather than 3/6/92; and lists his DOB as 1/2/40, not 2/2/40.

2

⌀ 7

105H-NY-225596

The IVANKOV INS file includes IVANKOV's application for employment. It is stamped received by INS on 6/24/92. The file also includes an appointment notice requesting IVANKOV's appearance at the INS office for employment processing, this notice is also stamped 6/24/92. The application is stamped "approved" on 6/30/92, even though IVANKOV never signed the application. The employment authorization was approved for the period beginning 7/22/92 to 7/21/93.

Investigation has revealed that IVANKOV has travelled to Atlantic City, NJ as many as 19 times. According to NJ sources, IVANKOV was chauffeured from Brighton Beach to the Taj Mahal casino. IVANKOV was known to visit the Taj Mahal during March and April, 1993.

During June, 1993, A source known to the NYSOCTF reported a business address for IVANKOV located at 6 Neptune Avenue, Brooklyn, NY.

Dun and Bradstreet reports re above mentioned businesses will be forwarded upon completion.

Writer will continue liaison with the NYSOCTF and provide details to respective case files.