# EXHIBIT "3"

# Memorandum 

To : SAC (137-22152) (AOM)  Date 9/22/81

From : SUPV. DAMON T. TAYLOR

Subject : NY 18904-OC — Sullivan

    On 5/21/80, writer was introducd to source by the operating Case Agent. Source provided to writer on the above date, a general background conerning LCN influence in the Eastern Conference of Teamsters. On 7/14/80, writer again met with source in the presence of the Case Agent and discussed the same topic. Five (5) of the meetings took place thereafter, involving writer, Case Agent and source; during these meetings source discussed public documents and general historical background regarding the teamsters union as well as the organized labor movement in the United States (US) as it relates to Organized Crime. Much of this information is the subject of many books, some of which source collaborated on with journalists in preparing the manuscripts.

    In early April of 1981, writer was contacted by Case Agent and was subsequently advised that the source had a business relationship with DONALD and ROBERT TRUMP of the Trump Organization. The source, in this case, owns a piece of property (along with other partners) in Atlantic City, upon which the Trump Organization wants to build a casino. In early April, 1981, writer and case Agent met with DONALD TRUMP. The purpose of this meeting was for DONALD TRUMP to express his reservations about building a casino in Atlantic City. TRUMP advised Agents that he had read in the press media and had heard from various acquaintances that Organized Crime elements were known to operate in Atlantic City. TRUMP also expressed at this meeting, the reservation that his life and those around him would be subject to microscopic examination. TRUMP advised that he wanted to build a casino in Atlantic City but he did not wish to tarnish his family's name

137-22152-A

DTT:ml
(2)

NY (137-19967)

inadvertently. Agents advised TRUMP that he should carefully think over his decision to build in Atlantic City, and carefully prepare not only methods of securing employees' honesty, but also corporate integrity. TRUMP advised that he wished to cooperate with the FBI if he did decide to build a casino. The Agents that were present advised although they were not in a position to speak for the FBI, or to guarantee anything, that if he in fact wished to build in Atlantic City and decided firmly on this matter, they would be glad to re-discuss the situation without making any committments.

After this initial meeting, the New York Office (NYO) began to research Atlantic City and its various regulating bodies as well as what evidence existed regarding Organized Crime influence in that city. At an Atlantic City conference, writer discussed with Bureau officials and the Atlantic City Resident Agency, the possibility that a proposed casino owner might be willing to cooperate with the FBI. In June, 1981, writer met again with DONALD TRUMP and ROBERT TRUMP during which time they advised that they felt confident that they wished to build a casino in Atlantic City. TRUMP advised writer, who was in the presence of the Case Agent, that he, (TRUMP), wished to provide full disclosure during the construction phase of this casino and subsequently, once the casino was operational. TRUMP stated in order to show that he was willing to fully cooperate with the FBI, he suggested that they use undercover Agents within the casino. Writer advised TRUMP that he could not speak for the FBI, and he could not make any agreements or promises as per Bureau policy in this matter. TRUMP asked writer his personal opinion regarding whether he should build in Atlantic City. Writer advised TRUMP, on a personal level, not as a matter of Bureau policy, that he, (writer), thought there were easier ways that TRUMP could invest his money. TRUMP asked writer if he could attempt to introduce him to appropriate officials in the FBI with whom he could discuss this matter. Writer advised TRUMP he would research this matter further and re-contact him.

- 2 -

NY (137-19967)

  At this point, writer initiated steps with the Newark Office and the Atlantic City Resident Agency to begin planning an undercover proposal concerning the proposed TRUMP casino. This proposal, now in thoroughly finished state, was to be discussed with TRUMP by the SACs of the New York Office and the Newark Office on 10/1/81.

  On 9/21/81, writer returned the call of DONALD TRUMP and subsequently talked to DONALD and ROBERT TRUMP via telephone. TRUMP advised writer that he traveled to Trenton, New Jersey on Wednesday of the previous week and had met with DGE official, MICKEY BROWN. TRUMP advised that BROWN told him that he had "no problem" with TRUMP's background and expected him to be licensed in the immediate future. BROWN, according to TRUMP, further stated that he had one problem and that involved captioned source. TRUMP stated that he told BROWN that source was the first individual to preach "honesty" to him regarding his dealings in Atlantic City. TRUMP advised that he also told BROWN that source had introduced him to two Agents of the FBI, (one of the names given was that of writer). TRUMP stated that BROWN told him that source was not candid with DGE regarding some questions, and that this might draw out the investigation. TRUMP advised writer that he told BROWN of source's relationship with the FBI only in the sense that it might "nip things in the bud", and prevent future problems. TRUMP stated that he talked with BROWN about nothing of a substantive nature, particularly involving any proposed undercover activity.

  On the same day, writer and Case Agent talked with source. Source advised that he had been interviewed by DGE approximately a month and a half ago. DGE asked for documentation regarding source's business activities. Source advised that his attorney had inadvertently not sent DGE the appropriate documents, however, would do so now. Source further advised that DGE officials asked

- 3 -

NY (137-19967)

him about his relationship with the FBI based on a stack of newspaper clippings which DGE officials had access to. Source declined to answer this question.

It should be emphasized that TRUMP is not aware of source's relationship with the FBI and knows only that the contacting Agents are acquaintances; however, writer and Case Agent have repeatedly told TRUMP that they were not references for source and cannot speak for source's business dealings. The TRUMPs have advised writer and Case Agent that source is involved as a labor consultant to their firm. They are aware that this is a very rough business and that source knows people, some of whom may be unsavory by the simple nature of the business. On 9/21/81, source contacted MICKEY BROWN of DGE at TRUMP's request. Before source could elaborate on the matter of his call, BROWN told him that he, (BROWN), was attempting to talk with the Newark Division of the FBI to verify some conversation(s) that TRUMP had had with (BROWN). Source advised BROWN that he was calling regarding a different matter and the question of whether or not he was a source of the FBI simply did not come up. Source told BROWN he was calling regarding a different matter and that his attorney had inadvertently not sent appropriate business documentation to BROWN. Source stated that he would do so now. According to source, he then asked BROWN, "is there anything else..."?, to which BROWN responded, "no". On 9/21/81, BROWN called the SAC, Newark Division, and inquired regarding source. SAC Newark advised BROWN that he would get back to him. On 9/22/81, SAC, Newark, called writer regarding his conversation with BROWN and the matter of his future response.

It should be emphasized that TRUMP advised writer he did not talk with BROWN about anything concerning the proposed undercover activity. It should further be emphasized that source is not aware of the matter of this proposed activity.