# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SETH HETTENA | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 19-1058 (ABJ) |
| DEPARTMENT OF JUSTICE | * | |
| Defendant. | * | |

## ORDER

Upon consideration of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2020, hereby

ORDERED, that the defendant's motion is denied in part.
.

_____
UNITED STATES DISTRICT JUDGE