**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SETH HETTENA,

       *Plaintiff*,

       v.                 Civil Action No. 19-1058 (ABJ)

DEPARTMENT OF JUSTICE,

       *Defendant*.

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Brenda González Horowitz as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

  /s/

BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2512
brenda.gonzalez.horowitzr@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I served the foregoing Notice of Withdrawal

of Appearance upon Plaintiff by this Court's Electronic Case Filing System (ECF).

\_\_/s/_____

BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-252-2512
brenda.gonzalez.horowitz@usdoj.gov