# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SETH HETTENA | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 19-1058 (ABJ) |
| DEPARTMENT OF JUSTICE | * | |
| Defendant. | * | |

## NOTICE IN RESPONSE TO COURT'S ORDER, DATED AUGUST 20, 2021

On August 11, 2021, this Court ordered the Plaintiff to show cause why this matter should not be deemed moot. When the undersigned did not file a response, this Court understandably issued an Order, see Dkt. #23, dismissing this matter as moot.

Undersigned counsel have no objection to this Court's action, but instead are submitting this response in order to apologize for failing to respond to this Court's original Minute Order on August 11, 2021. It has not been and will never be the practice of the undersigned to simply ignore an Order to Show Cause, and primary counsel, Mr. Moss, particularly wishes to apologize for the oversight in this matter. Mr. Moss was traveling with his family on a pre-arranged vacation and largely out of pocket for most of the last two weeks. He only returned yesterday, August 20, 2021.

The Plaintiff does not wish to challenge the dismissal of this action as moot, as it is more than likely a voluntary dismissal would have been submitted in response to the Order to Show Cause given the supplemental information provided by the Government in its reply pleadings.

Date: August 21, 2021

                                        Respectfully submitted,

                                              /s/ *Bradley P. Moss*
                                        _____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiff